UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEWAL REHAB, LLC,

           Plaintiff,

- against -

AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.,

           Defendant.

**ORDER**

21 Civ. 18 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 6, 2021 is adjourned <u>sine die</u>.  The following schedule will apply to Defendant's motion to compel arbitration:

1. Defendant's motion is due on **May 11, 2021**;

2. Plaintiff's opposition is due on **June 1, 2021**; and

3. Defendants' reply, if any, is due on **June 8, 2021**.

Dated: New York, New York
       April 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge