# The Feinsilver Law Group, P.C.

215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

\* MEMBER NJ & NY BARS
^ MEMBER PA BAR

(973) 376-4400
FAX (973) 376-4405
writer's e-mail: hjr@feinsilverlaw.com

Please respond to:  <u>MILLBURN</u>

26 COURT STREET
SUITE 2506
BROOKLYN, NY 11242
(212) 279-1069
FAX (973) 376-4405

May 25, 2021

<u>Via ECF</u>

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **Renewal Rehab v. American Express Travel**
<u>**Related Service Company, Inc..**</u>
Case No. 1:21-cv-00018

Dear Judge Gardephe:

My firm represents the plaintiff, Renewal Rehab in the above captioned matter. I am writing in reference to Defendant's motion to compel arbitration.

With the consent of adversary counsel, I writing to request a two (2) week extension to serve the Plaintiff's opposition to this motion from June 1 to June 15, 2021. The Defendant also requests an additional week to serve its reply papers, which would make the reply papers due July 6, 2021. The initial scheduling order gave the Defendant one week to submit the reply, but Plaintiff consents to the extra week.

This is the first request for an adjournment. The reason for the request is medically related.

We thank the Court for its time and consideration.

Most Respectfully submitted,

THE FEINSILVER LAW GROUP, P.C.

By: _____
H. Jonathan Rubinstein

Cc:  Renewal Rehab, via email
     Brian C. Frontino, Esq., via email